UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARISA SPOONER-LEDUFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>　　　　　Defendant. | CASE NO. CR14-1471-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte.* The Ninth Circuit has affirmed in part and reversed in part this Court's grant of summary judgment in this matter and remanded for further proceedings. (Dkt. Nos. 58, 60.) The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from this case. The case is REASSIGNED in rotation to the Honorable Marsha J. Pechman, United States District Judge. All future filings shall contain the case number C14-1471-MJP.

　　　DATED this 27th day of March 2018.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk