# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARISA SPOONER-LEDUFF,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C14-1471-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RULE 26 JOINT STATUS REPORT |

THIS MATTER is before the Court on the stipulated motion of the parties. The Court has reviewed the stipulated motion and it is hereby ORDERED: The deadline for filing the Rule 26 joint status report is extended to July 16, 2018. Mr. Leen and Ms. Box, former counsel for Plaintiff, shall be removed from the Court's matrix for this case.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 19, 2018.

　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| Presented by:<br>Attorneys for MARISA SPOONER-LEDUFF<br><br> */s/ Gregory M. Miller*<br>Gregory M. Miller, WSBA No. 14459<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Facsimile: (206) 467-8215<br>miller@carneylaw.com | SUNTRUST MORTGAGE, INC<br><br>*/s/ Charles E. Hansberry*<br>Charles E Hansberry<br>Jenny M Jourdonnais<br>HANSBERRY & JOURDONNAIS, LLP<br>3111 GRANT STREET, SUITE B<br>MISSOULA, MT 59801<br>406-203-1730<br>Email: chuck@hjbusinesslaw.com<br>Email: jenny@hjbusinesslaw.com |
| | SUNTRUST MORTGAGE, INC<br><br>*/s/ Dylan E. Jackson*<br>Dylan E Jackson<br>WILSON SMITH COCHRAN & DICKERSON<br>901 FIFTH AVENUE<br>SUITE 1700<br>SEATTLE, WA 98164-2050<br>206-623-4100<br>Fax: 206-623-4100<br>Email: jackson@wscd.com |