# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARISA SPOONER-LEDUFF, | CASE NO. C14-1471-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Stipulated Motion for Extension of Time to File Status Report. (Dkt. No. 69.) The Court notes that the joint status report in this case was initially due on May 16, 2018 (Dkt. No. 62), and that this is the fourth extension requested by the parties. (See Dkt. Nos. 63, 64, 66, 68.) The Court will provide one further extension, until August 31, 2018. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

1 | Filed August 23, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk