UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARISA SPOONER-LeDUFF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>　　　　　　Defendant. | No. 14-cv-01471 MJP<br><br>ORDER GRANTING RENEWED STIPULATED MOTION AND EXTENDING CASE DEADLINES |

THIS MATTER is before the Court on the stipulated motion of the parties. The Court has reviewed the stipulated motion and it is hereby ORDERED:

The July 22, 2019 trial date and the March 25, 2019, dispositive motion date remain unchanged. The following deadline is extended as follows:

　　Discovery Cutoff – March 11, 2019.

Dated this 27th day of December, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　United States District Judge