Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARISA SPOONER-LeDUFF,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>        Defendant. | No. 14-cv-01471 MJP<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE AND STRIKING TRIAL DATE |

THIS MATTER is before the Court on the stipulated motion of the parties. The Court has reviewed the stipulated motion and it is hereby ORDERED:

That the above-entitled action and all the claims, counterclaims and defenses asserted in the action are dismissed with prejudice and without an award of attorney's fees or costs to any party, and all deadlines and the trial date are hereby stricken.

DATED this 18th day of March, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

| Attorneys for MARISA SPOONER-LeDUFF<br><br> /s/ Gregory M. Miller<br>Gregory M. Miller, WSBA No. 14459<br>Kenneth W. Hart, WSBA No. 15551<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Facsimile: (206) 467-8215<br>miller@carneylaw.com | SUNTRUST MORTGAGE, INC<br><br> /s/ Charles E. Hansberry<br>Charles E Hansberry<br>Jenny M Jourdonnais<br>HANSBERRY & JOURDONNAIS, LLP<br>3111 GRANT STREET, SUITE B<br>MISSOULA, MT 59801<br>406-203-1730<br>Email: chuck@hjbusinesslaw.com<br>Email: jenny@hjbusinesslaw.com |
|---|---|
| | SUNTRUST MORTGAGE, INC<br><br> /s/ Dylan E. Jackson<br>Dylan E Jackson<br>WILSON SMITH COCHRAN & DICKERSON<br>901 FIFTH AVENUE<br>SUITE 1700<br>SEATTLE, WA 98164-2050<br>206-623-4100<br>Fax: 206-623-4100<br>Email: jackson@wscd.com |